**HAYES PAWLENKO LLP**
Matthew B. Hayes (SBN 220639)
mhayes@helpcounse.com
Kye D. Pawlenko (SBN 221475)
kpawlenko@helpcounsel.com
595 East Colorado Blvd., Suite 303
Pasadena, California 91101
(626) 808-4357; FAX (626) 921-4932

Attorneys for Plaintiff

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JACQUELINE CARLINO, an individual on behalf of herself and others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>CHG MEDICAL STAFFING, INC.; and DOES 1 through 10, inclusive,<br><br>Defendants. | Case No. 1:17-cv-01323-DAD-JLT<br><br>**[PROPOSED] ORDER ON STIPULATION RE PRIVACY NOTICE AND OPT-OUT PROCEDURE FOR DISCLOSURE OF PUTATIVE CLASS MEMBER CONTACT INFORMATION**<br><br>**(Doc. 14)** |

**[PROPOSED] ORDER ON STIPULATION RE PRIVACY NOTICE AND OPT-OUT PROCEDURE FOR DISCLOSURE OF PUTATIVE CLASS MEMBER CONTACT INFORMATION**

On March 29, 2018, Jacqueline Carlino ("Plaintiff") and CHG Medical Staffing, Inc. ("Defendant") filed a Stipulation Re Privacy Notice and Opt-Out Procedure for Disclosure of Putative Class Member Contact Information ("Stipulation"), which provides for the disclosure to Plaintiff's counsel of specific contact information pursuant to a proposed procedure of first notifying the individuals at issue of Plaintiff's request for their contact information and providing them with an opportunity to object to and opt-out of such disclosure. The Court, having considered the Stipulation and proposed privacy notice and opt-out procedures contained therein, **ORDERS**:

1. The proposed privacy notice and opt-out procedure set forth in the Stipulation is approved.

2. By April 9, 2018, Defendant shall provide the third-party administrator, Phoenix Settlement Administrators ("Phoenix"), the requested contact information for 33% of the putative class members, who shall be selected by taking the first 407 putative class members sorted alphabetically by last name;

2. Phoenix shall mail a privacy notice and opt-out postcard in the form attached as Exhibit A to the Stipulation to those putative class members by April 23, 2018.

3. The putative class members shall have 30 days to opt-out by returning a pre-addressed, postage pre-paid postcard in the form attached as Exhibit B to the Stipulation to Phoenix.

4. Phoenix shall release to Plaintiff's counsel the requested contact information for all putative Class Members who do not timely opt-out.

/ / /

/ / /

/ / /

/ / /

-3-

**[PROPOSED] ORDER ON STIPULATION RE PRIVACY NOTICE AND OPT-OUT PROCEDURE FOR DISCLOSURE OF PUTATIVE CLASS MEMBER CONTACT INFORMATION**

5. Plaintiff and Defendant shall split 50/50 the fees and costs of the third party administrator.

IT IS SO ORDERED.

Dated:   **March 29, 2018**                    **/s/ Jennifer L. Thurston**
UNITED STATES MAGISTRATE JUDGE

**[PROPOSED] ORDER ON STIPULATION RE PRIVACY NOTICE AND OPT-OUT PROCEDURE FOR DISCLOSURE OF PUTATIVE CLASS MEMBER CONTACT INFORMATION**