# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JACQUELINE CARLINO, an individual on behalf of herself and others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>CHG MEDICAL STAFFING, INC.; and DOES 1 to 10 inclusive,<br><br>Defendants. | Case No. 1:17-cv-01323-DAD-JLT<br><br>**ORDER GRANTING IN PART STIPULATION TO CONTINUE PRETRIAL DATES**<br><br>(Doc. 39) |

Because the Court has continued the hearing on the motion for summary judgment by about 45 days (Doc. 3), the parties have stipulated, in essence, to stay the action. (Doc. 39) The Court agrees that continuing the settlement conference is necessary because it is unlikely the Court will have ruled on the motion for summary judgment by the time of the settlement conference and the parties seem to believe that this ruling is necessary to the case achieving a settlement posture. The Court does not agree that the mere continuance of the hearing justifies vacating all future dates. Thus, the Court **ORDERS**:

    1.    The stipulation to amend the case schedule is **GRANTED in PART** as follows:

        a.    The settlement conference is **CONTINUED** to December 16, 2019 at 1:30 p.m.

1

2. The stipulation to amend the case schedule in all other respects is **DENIED** without prejudice. If the ruling on the motion for summary judgment is delayed significantly, the parties will be better positioned to seek an amendment of the case schedule at that time. This should not be taken to mean that the Court believes that expert discovery should be delayed. The parties are advised that an insignificant delay in the Court issuing the ruling on the motion for summary judgment will not alone be reason to extend the deadline for expert discovery or, for that matter, any other case deadline.

IT IS SO ORDERED.

Dated: **July 16, 2019**            **/s/ Jennifer L. Thurston**
UNITED STATES MAGISTRATE JUDGE