# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JACQUELINE CARLINO, an individual on behalf of herself and others similarly situated,<br><br>    Plaintiff,<br><br>    v.<br><br>CHG MEDICAL STAFFING, INC.; and DOES 1 to 10 inclusive,<br><br>    Defendants. | Case No.  1:17-cv-01323-DAD-JLT<br><br>**[PROPOSED] ORDER RE JOINT STIPULATION TO CONTINUE EXPERT DISCOVERY DEADLINES** |

Upon consideration of the Parties' Joint Stipulation to Continue Expert Discovery Deadlines, and good cause appearing, the Court's April 11, 2019 Further Scheduling Order (ECF No. 29) is hereby modified as follows:

(a) The Parties shall disclose all expert witnesses, in writing, on or before the later of December 9, 2019 or 60 days after the Court issues a ruling on the Parties' cross-motions for summary judgment;

(b) The Parties shall disclosure all rebuttal experts, in writing, on or before the later of January 6, 2020 or 90 days after the Court issues a ruling on the Parties' cross-motions for summary judgment;

(c) The Parties shall complete all discovery pertaining to experts on the later of February 6, 2020 or 120 days after the Court issues a ruling on the Parties' cross-motions for summary judgment.

**IT IS SO ORDERED.**

Dated: _____

                                        Hon. Judge Jennifer L. Thurston
                                        United States Magistrate Judge