# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JACQUELINE CAROLINO, individually and on behalf of others similarly situated,<br><br>    Plaintiff,<br><br>v.<br><br>CHG MEDICAL STAFFING, INC.,<br><br>    Defendant. | Case No.: 1:17-cv-01323-DAD- JLT<br><br>ORDER GRANTING STIPULATION IN PART TO EXTEND EXPERT DISCOVERY DEADLINES |

Because the parties' cross-motions for summary judgment was heard only last month and because it is unlikely that the ruling on the cross-motions is imminent, the parties have stipulated to extend the expert discovery deadlines. (Doc. 47) They contend that the ruling will determine the scope of expert discovery needed. Id. at 3. Thus, the Court **ORDERS**,

    1.    The parties SHALL disclose experts no later than December 9, 2019 and any rebuttal experts no later than January 6, 2020;

    2.    The parties SHALL complete all expert discovery no later than February 6, 2020.

    3.    In all other respects, the stipulation is **DENIED**.

IT IS SO ORDERED.

    Dated: **September 23, 2019**        **/s/ Jennifer L. Thurston**
                                                              UNITED STATES MAGISTRATE JUDGE