# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JACQUELINE CARLINO, an individual on behalf of herself and others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>CHG MEDICAL STAFFING, INC.; and DOES 1 to 10 inclusive,<br><br>Defendants. | Case No. 1:17-cv-01323-DAD-JLT<br><br>**[PROPOSED] ORDER RE JOINT STIPULATION TO CONTINUE MANDATORY SETTLEMENT CONFERENCE AND EXPERT DISCOVERY DEADLINES**<br>**(Doc. 53)** |

The parties have stipulated to continue the settlement conference and to stay the case until after the Court's ruling on the cross-motions for summary judgment. (Doc. 53) Good cause appearing, the Court **ORDERS**:

1. The case is STAYED;

2. The Parties shall submit a stipulation within 30 days after the Court's ruling on the cross-motions for summary judgment to reschedule the mandatory settlement conference, expert deadlines, and other pre-trial and trial dates.

IT IS SO ORDERED.

Dated: **November 1, 2019**          **/s/ Jennifer L. Thurston**
                                     UNITED STATES MAGISTRATE JUDGE