# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JACQUELINE CARLINO, an individual on behalf of herself and others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>CHG MEDICAL STAFFING, INC.; and DOES 1 to 10 inclusive,<br><br>Defendants. | Case No. 1:17-cv-01323-DAD-JLT<br><br>**ORDER CONSTRUING MOTION TO WITHDRAW AS A NOTICE OF DISASSOCIATION OF COUNSEL (Doc. 64)** |

The defendant has been represented by five lawyers. (Doc. 64) Two of these lawyers, Sarah Kroll-Rosenbaum and Sayaka Karitani, have left the firm, and the defendant has decided to continue being represented by them and discontinue representation of the previous firm, Constangy, Brooks, Smith & Prophete LLP, and the remaining lawyers, Kenneth D. Sulzer, Anthony Sbardellati, and Steven B. Katzseek seek to be removed from the representation. Id. Thus, the Court construes the motion to withdraw as a notice of disassociation and **ORDERS**:

///

///

///

///

1. Construed as a notice of disassociation of counsel, the Clerk of the Court is **DIRECTED** to remove Constangy, Brooks, Smith & Prophete LLP, and Kenneth D. Sulzer, Anthony Sbardellati, and Steven B. Katzseek from the docket. This firm and these lawyers have no more connection to or responsibility in this case.

IT IS SO ORDERED.

   Dated: __October 30, 2020__       __/s/ Jennifer L. Thurston__
                                               UNITED STATES MAGISTRATE JUDGE