| | |
|---|---|
| JACQUELINE CARLINO, an individual on behalf of herself and others similarly situated,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>CHG MEDICAL STAFFING, INC.; and DOES 1 to 10 inclusive,<br><br>　　　　Defendants. | Case No. 1:17-cv-01323-DAD-JLT<br><br>**[PROPOSED] ORDER GRANTING JOINT STIPULATION[1] TO RESET ALL PRETRIAL AND TRIAL DATES** |

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

---

[1] The Court has modified some of the proposed dates to correspond to the Court's needs.

58767951;1

[PROPOSED] ORDER GRANTING JOINT STIPULATION TO RESET ALL PRETRIAL AND TRIAL DATES

# [~~PROPOSED~~] ORDER

Pursuant to the Parties' Joint Stipulation and good cause appearing,

**IT IS HEREBY ORDERED THAT:**

1. Defendant's Motion for Reconsideration Filing Deadline shall be September 15, 2021
2. Damage Discovery Cut-Off is September 30, 2021
3. Plaintiff's Opposition to Defendant's Motion for Reconsideration shall be filed no later than October 15, 2021
4. Defendant's Reply Brief in Support of Its Motion for Reconsideration shall be filed no later than October 29, 2021
5. Hearing on Defendant's Motion for Reconsideration shall be on November 16, 2021 at 8:30 a.m.
6. Expert Disclosure Deadline shall be February 1, 2022
7. Rebuttal Expert Disclosure Deadline shall be March 15, 2022
8. Mandatory Settlement Conference with Magistrate shall be April 1, 2022 at 9:00 a.m.
9. Expert Discovery Cut-Off shall be April 15, 2022
10. Non-dispositive motion filing deadline shall be May 16, 2022
11. Non-dispositive motion hearing shall be on or before June 21, 2022
12. Pretrial conference shall be on August 22, 2022 at 1:30 p.m.
13. Trial shall be on October 18, 2022 at 1:00 p.m.

IT IS SO ORDERED.

Dated: **June 25, 2021**                    _ **/s/ Jennifer L. Thurston**
                                                      CHIEF UNITED STATES MAGISTRATE JUDGE