# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JACQUELINE CARLINO, an individual on behalf of herself and others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>CHG MEDICAL STAFFING, INC.; and DOES 1 to 10 inclusive,<br><br>Defendants. | Case No. 1:17-cv-01323-DAD-BAK (EPG)<br><br>**ORDER RE JOINT STIPULATION RE CONTINUANCE OF EXPERT DEADLINES (DOC. 79)** |

Upon consideration of the Parties' Joint Stipulation re Continuance of Expert Deadlines, and good cause appearing, the Court's June 25, 2021, Order (ECF No. 70) is hereby modified as follows:

(a) The expert disclosure deadline shall be continued from February 1, 2022 to sixty (60) days after the Court rules on the Parties' motions;

(b) The rebuttal expert disclosure deadline shall be continued from March 15, 2022 to forty-five (45) days after the expert disclosure deadline; and

\\\
\\\
\\\
\\\
\\\

1   CASE NO. 1:17-cv-01323-DAD-BAK(EPG)
**ORDER RE JOINT STIPULATION RE CONTINUANCE OF EXPERT DEADLINES**

(c) Expert discovery cut-off shall be continued from April 15, 2022 to thirty (30) days after the rebuttal expert disclosure deadline.

IT IS SO ORDERED.

Dated: __**January 11, 2022**__                    /s/ *Erica P. Grosjean*
                                                                    UNITED STATES MAGISTRATE JUDGE