UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JACQUELINE CARLINO, an individual on behalf of herself and others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>CHG MEDICAL STAFFING, INC.,<br><br>Defendant. | Case No. 1:17-cv-01323-DAD-BAK<br><br>ORDER GRANTING JOINT STIPULATION TO TAKE DEADLINES OFF CALENDAR PENDING ENTRY OF ORDER ON THE PARTIES' PENDING MOTIONS<br><br>(ECF No. 83) |

Before the Court is the parties' stipulation requesting to vacate all remaining deadlines in this case in light of the pending motion for reconsideration and motion to amend the class and FLSA collective definition. (ECF No. 83.)

Having considered the parties' stipulation, IT IS HEREBY ORDERED that:

1. The parties' request (ECF No. 83) is GRANTED. All remaining deadlines in this case set by the scheduling order (ECF No. 79), as modified (ECF No. 82) are VACATED; and

///

///

///

///

1

2. Within fourteen (14) days of entry of an order on the parties' motions, the parties shall file a stipulation proposing new dates for the remainder of the case.

IT IS SO ORDERED.

Dated: **March 10, 2022**         /s/ Erica P. Grosjean
                                   UNITED STATES MAGISTRATE JUDGE

2