# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JACQUELINE CARLINO, an individual on behalf of herself and others similarly situated<br><br>Plaintiff,<br><br>v.<br><br>CHG MEDICAL STAFFING, INC.,<br><br>Defendant. | Case No.  1:17-cv-01323-ADA-CDB<br><br>ORDER STAYING MATTER TO COMPLETE MEDIATION<br><br>(ECF No. 96.) |

On October 6, 2022, the Court granted Plaintiff's Motion to Amend Class and denied Defendant's Motion for Reconsideration, or in the alternative, to Decertify the Class and FLSA Collective. (ECF No. 93.) The following day, the Court ordered the parties to file a joint stipulation proposing new dates for the remainder of the case and addressing the status of any pending or anticipated settlement discussions. (ECF No. 95.)

On October 17, 2022, the parties filed a Stipulation and Proposed Order in which they reported their intention to attempt private mediation, currently scheduled for January 20, 2023, before proceeding with further law and motion or expert discovery. (ECF No. 96) Based on the parties' representations, the Court construes this stipulation to be a request to stay proceedings to allow for the completion of mediation.  The Court finds good cause shown and grants the stipulated

motion to stay this action.  Accordingly, IT IS HEREBY ORDERED that:

1. The parties' stipulated motion to stay this matter pending completion of mediation (ECF No. 96.) is GRANTED;

2. This matter is STAYED for the parties to complete mediation;

3. On or before February 3, 2023, the parties shall file a joint report advising the Court as to the outcome of the mediation.  In the event the parties reach a settlement, then in the alternative, Plaintiff shall file a Notice of Settlement; and

4. If the matter is not settled after mediation, the parties shall submit a joint stipulation proposing new dates for the remainder of the case no later than February 10, 2023.

IT IS SO ORDERED.

Dated:   **October 19, 2022**　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE