**HAYES PAWLENKO LLP**
MATTHEW B. HAYES (SBN 220639)
mhayes@helpcounsel.com
KYE D. PAWLENKO (SBN 221475)
kpawlenko@helpcounsel.com
1414 Fair Oaks Ave., Unit 2B
South Pasadena, CA 91030
TEL (626) 808-4357; FAX (626) 921-4932

Attorneys for Plaintiff

**AKERMAN LLP**
SARAH KROLL-ROSENBAUM (SBN 272358)
sarah.kroll-rosenbaum@akerman.com
ANTHONY D. SBARDELLATI (SBN 246431)
anthony.sbardellati@akerman.com
NANCY SOTOMAYOR (SBN 312022)
nancy.sotomayor@akerman.com
HARRISON THORNE (SBN 313295)
harrison.thorne@akerman.com
601 West Fifth Street, Suite 300
Los Angeles, CA 90071
Telephone: (213) 688-9500
Facsimile:  (213) 627-6342

Attorneys for Defendant
CHG MEDICAL STAFFING, INC.

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JACQUELINE CARLINO, an individual on behalf of herself and others similarly situated, <br><br> Plaintiff, <br> v. <br><br> CHG MEDICAL STAFFING, INC. et al. <br><br> Defendants. | CASE NO. 1:17-cv-01323-ADA-CDB <br><br> **JOINT NOTICE OF SETTLEMENT** |

0
NOTICE OF SETTLEMENT

**TO THE HONORABLE COURT:**

**PLEASE TAKE NOTICE THAT** the parties in the above-captioned action have reached an agreement to settle on a class and collective basis and have executed a binding memorandum of understanding. The parties are currently in the process of finalizing the long form settlement agreement and jointly request a 60-day deadline to file the motion for preliminary approval.

DATED: February 2, 2023           **HAYES PAWLENKO LLP**

By:/s/Matthew B. Hayes
Matthew B. Hayes
Kye D. Pawlenko
Attorneys for Plaintiff

DATED: February 2, 2023           **AKERMAN LLP**

By: /s/Harrison Thorne
Sarah Kroll-Rosenbaum
Anthony D. Sbardellati
Nancy Sotomayor
Harrison Thorne
Attorney for Defendant
CHG MEDICAL STAFFING, INC.