**HAYES PAWLENKO LLP**
MATTHEW B. HAYES (SBN 220639)
mhayes@helpcounsel.com
KYE D. PAWLENKO (SBN 221475)
kpawlenko@helpcounsel.com
1414 Fair Oaks Ave., Unit 2B
South Pasadena, CA 91030
TEL (626) 808-4357; FAX (626) 921-4932

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JACQUELINE CARLINO, an individual on behalf of herself and others similarly situated,<br><br>Plaintiff,<br>v.<br>CHG MEDICAL STAFFING, INC. et al.<br><br>Defendants. | CASE NO. 1:17-cv-01323-ADA-CDB<br><br>**NOTICE OF MOTION AND MOTION FOR PRELIMINARY APPROVAL OF CLASS AND COLLECTIVE ACTION SETTLEMENT**<br><br>Date:      April 24, 2023<br>Time:     1:30 p.m.<br>Location: Courtroom 1 (8th Floor) |

0
**NOTICE OF MOTION AND MOTION FOR PRELIMINARY APPROVAL OF CLASS AND COLLECTIVE ACTION SETTLEMENT**

**TO THE COURT, ALL PARTIES, AND THEIR COUNSEL OF RECORD:**

   **PLEASE TAKE NOTICE THAT** on April 24, 2023 at 1:30 p.m. in Courtroom 1 of the United States District Court for the Eastern District of California, located at 2500 Tulare St., Fresno, CA 93721, the Honorable Ana de Alba presiding, Plaintiff Jacqueline Carlino, on behalf of herself and the certified settlement class and collective, will and hereby does move for entry of an Order preliminarily approving the terms of the settlement agreement with CHG Medical Staffing, Inc. – which is submitted concurrently herewith as Exhibit 2 to the Compendium of Evidence – as fair, reasonable, and adequate.

   The motion will be based on this Notice, the Memorandum of Points & Authorities filed concurrently herewith, the Compendium of Evidence filed concurrently herewith, the records on file in this action, and any additional arguments or evidence presented to the Court in advance of the hearing.

DATED:  March 17, 2023                            **HAYES PAWLENKO LLP**


                                                  By: /s/Matthew B. Hayes
                                                  Matthew B. Hayes
                                                  Kye D. Pawlenko
                                                  Attorneys for Plaintiff

---

1
**NOTICE OF MOTION AND MOTION FOR PRELIMINARY APPROVAL OF CLASS AND COLLECTIVE ACTION SETTLEMENT**