1
2
3
4
5
6
7
8
9

**UNITED STATES DISTRICT COURT**

10

**EASTERN DISTRICT OF CALIFORNIA**

11

12 | JACQUELINE CARLINO, an individual on behalf of herself and others similarly situated,

Case No.  1:17-cv-01323-NODJ-CDB

13

Plaintiff,

**ORDER RE STIPULATION CONSENTING TO MAGISTRATE JURISDICTION WITH RESPECT TO PENDING MOTION FOR PRELIMINARY APPROVAL OF CLASS AND COLLECTIVE ACTION SETTLEMENT**

14

v.

15 | CHG MEDICAL STAFFING, INC.,

16

Defendant.

17
18
19
20
21
22
23
24
25
26
27
28

Having reviewed the Parties' Joint Stipulation Consenting to Magistrate Jurisdiction with Respect to Pending Motion for Preliminary Approval of Class and Collective Action Settlement, the Court hereby GRANTS the Stipulation and orders as follows:

The pending Motion for Preliminary Approval of Class and Collective Action Settlement ("Motion"), filed on March 17, 2023 as Docket No. 101, is hereby submitted for decision to the assigned Magistrate Judge Christopher D. Baker.

IT IS SO ORDERED.

DATED:  December 21, 2023.

_____
CHIEF UNITED STATES DISTRICT JUDGE

ORDER ON STIPULATION CONSENTING TO MAGISTRATE JURISDICTION WITH
RESPECT TO RULING ON PENDING MOTION FOR PRELIMINARY APPROVAL