UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JACQUELINE CARLINO, an individual on behalf of herself and others similarly situated,<br><br>Plaintiff,<br>v.<br>CHG MEDICAL STAFFING, INC. et al.<br>Defendants. | CASE NO. 1:17-cv-01323-LHR-CDB<br><br>**ORDER GRANTING MOTION FOR ATTORNEYS' FEES, COSTS, SERVICE AWARD, AND SETTLEMENT ADMINISTRATION EXPENSES**<br><br>Date:      September 18, 2024<br>Time:      1:00 p.m. (CST)<br>Location:  Bob Casey U.S. Courthouse<br>               515 Rusk Ave.<br>               Houston, TX 77002 |

[

Plaintiff Jacqueline Carlino ("Plaintiff") moved the Court for an Order approving deductions from the class and collective action settlement for attorneys' fees, costs, service award, and settlement administration expenses. Having carefully considered the motion, its supporting papers, and the arguments of counsel, the Court will GRANT the motion as follows:

1. The Court approves attorneys' fees to class counsel in the amount of $1,233,333.33;
2. The Court approves the reimbursement of litigation costs to class counsel in the amount of $20,139.25;
3. The Court approves a service award of $10,000 to Plaintiff; and
4. The Court approves settlement administration expenses to CPT Group, Inc. in the amount of $12,000.

**IT IS SO ORDERED**

DATED: September 18, 2024

_____
United States Judge